UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-22451-RNS

JESUS GONZALEZ,

    Plaintiff,

v.

FRIT COCOWALK OWNER, LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Jesus Gonzalez ("Plaintiff") and Defendant, FRIT CocoWalk Owner, LLC ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), hereby notify the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of working on the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this Action, and grant the Parties thirty (30) days to finalize their written Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

Jointly submitted this 26th day of September, 2022.

| | |
|---|---|
| **J. COURTNEY CUNNINGHAM, PLLC** | **GRAYROBINSON, P.A.** |
| *Counsel for Plaintiff, Jesus Gonzalez* | *Counsel for Defendant, FRIT CocoWalk Owner, LLC* |
| 8950 SW 74th Court, Suite 2201 | 333 S.E. 2nd Avenue, Suite 3200 |
| Miami, Florida 33156 | Miami, Florida 33131 |
| Telephone: (305) 351-2014 | Telephone: (305) 416-6880 |
| | Facsimile: (305) 416-6887 |
| By: */s/ J. Courtney Cunningham* | By: */s/ Anastasia Protopapadakis* |
| J. Courtney Cunningham, FBN | Anastasia Protopapadakis, FBN 51426 |
| cc@cunninghampllc.com | anastasia.protopapadakis@gray-robinson.com |

# 38314975 v1