UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-22451-RNS

JESUS GONZALEZ,

    Plaintiff,

v.

FRIT COCOWALK OWNER, LLC,

    Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jesus Gonzalez ("Plaintiff") and Defendant, FRIT CocoWalk Owner, LLC ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice. Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement.

Jointly submitted this 6th day of October, 2022.

| | |
|---|---|
| **J. COURTNEY CUNNINGHAM, PLLC** | **GRAYROBINSON, P.A.** |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| 8950 SW 74th Court, Suite 2201 | 333 S.E. 2nd Street, Suite 3200 |
| Miami, Florida 33156 | Miami, Florida 33131 |
| Telephone: (305) 351-2014 | Telephone: (305) 416-6880 |
| | Facsimile: (305) 416-6887 |
| By: */s/ J. Courtney Cunningham* | By: */s/ Anastasia Protopapadakis* |
|    J. Courtney Cunningham, FBN 628166 |    Anastasia Protopapadakis, FBN 051426 |
|    cc@cunninghampllc.com |    anastasia.protopapadakis@gray-robinson.com |